IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50367
_____

VICTORIA RIZZO

Plaintiff - Appellee

versus

CHILDREN'S WORLD LEARNING CENTERS, INCORPORATED, doing business as CWLC, Incorporated

Defendant - Appellant

- - - - -
Appeal from the United States District Court for the
Western District of Texas
- - - - -

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion April 15, 1999, 5 Cir., 1999, _____F.3d____)

(August 27, 1999)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of

supplemental briefs.